IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LONNIE MARGOL,

     Appellant,

v.

DANE MARGOL AND LODA,
LLC,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4619

_____/

Opinion filed November 17, 2016.

An appeal from the Circuit Court for Duval County.
Lance M. Day, Judge.

Cynthia S. Tunnicliff and Dina Foster of Pennington, P.A., Tallahassee, for
Appellant.

Stephanie A. Sussman of Bledsoe, Jacobson, Schmidt, Wright & Sussman and
Michael J. Korn of Korn & Zehmer, P.A., Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS and ROWE, JJ., and WELLS, LINDA A., ASSOCIATE JUDGE,
CONCUR.